# IN THE COURT OF APPEALS FOR
# THE FIRST DISTRICT OF TEXAS

## CAUSE NO. 1465862-A

LESLIE FOSTER,
Relator

-vs-

DEVON ANDERSON, DISTRICT ATTORNEY FOR
Respondents    HARRIS COUNTY AND AGENTS

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 07 2015

CHRISTOPHER A. PRINE
CLERK

## WRIT OF MANDAMUS

TO HONORABLE APPEAL JUDGES

Come Now, LESLIE FOSTER, spn.00994213, Relator in the above related cause and files this his Writ of mandamus and will show this court as follows:

### I

Relator is currently incarcerated in the Harris County Jail with pending charges for two (2) counts of Theft. Relator has been denied his state and Federal Constitutional right to adequate-effective assistance of counsel doing-pre-trial proceedings while engaging in a conspiracy to indict, convict and deny Relator a fair proceeding.

### II

Relator was kidnapped and illegally arrested in his home without probable cause, arrest warrant nor search warrant nor consent on April 23, 2015 by Houston Police Department officer Delacru1 out of racism and discrimination. Relator locked vehicle was illegally searched

- one - of four -

afterwards without search warrant nor consent. Relator was handcuffed and placed in the back of patrol car sitting on side of the service road for 2½ hours while many officers illegally searched and confiscated items from home and vehicle without warrant or consent. Relator denied to sign consent form twice presented by Officer DelaCruz.

Relator was forced to open his home door after excessive beating at my out of fear the officers might kick the door in and kill me like other African-Americans being profiled. The officers handcuffed my person and search my person, home and vehicle illegally.

## III.

Relator contends his court appointed Attorney Rachel Bristow Bar # 03777700 allowed the Asst. District Attorney Jennifer Meriweather to "violate" the mandatory Four Cormer Rule on Probable Cause at the June 4, 2015 Probable Cause Hearing by allowing her to "switch" from the handwritten Police Report heard and decided on April 26, 2015 at the 72-hour Video Conference and submit the newly typed-up offense report to the Hon. Marc Carter for a incourt probable cause finding. This report was not written before April 26, 2015 and April 27, 2015 first Court Appearance and is proven to be frabicated and misrepresentation of facts rewritten with the assistance of an attorney in direct attempt to manipulate a probable cause finding before the court to hold Relator and obtain an indictment to force a plea and conviction wrongly

## IV. DENIAL WRONGLY

Relator contends he is not only innocent of both bribery indictments for theft, but has filed a pre-trial writ dated June 23, 2015 concerning his right to effective assistance of counsel on multiple grounds that needs to be answered by the Attorney Rachel Bristow by law on multiple issues. The Respondents intentionally and illegally catorized Relator's pre-trial Habeas Corpus under Art. 11.07 Sec. 3 instead of Art. 11.07 Sec. 2 (before conviction-pretrial issues) The Writ was dismissed "wrongly" on July 17, 2015 per Sec. 3 of Art. 11.07 without allowing Relator an opportunity to respond with his proposed findings of facts. Please See: Writ on file and attached Exhibit-A Respondents Response. District Clerk, Chris Daniel files.

## V. OBJECTIONS TO RESPONDENTS

Relator objects to these two indictments, Amended indictments and any attempt to re-indict his person past 90-days without a reduction of bail to $5,000 he can afford or release on P.R. Bond. The current $20,000 bail, Relator can't afford. Relator is currently being held against his will under mass anxiety and stress from this entire ordeal. (Art. 17.151, T.C.C.P.)

## OATH

I, Leslie Foster, spn 00994213, Relator, certifies the allegations herein are true and correct this 3rd day of August, 2015 under penalty and perjury 28 U.S.C. 1746

Leslie Foster

Leslie Foster
Relator

## CERTIFICATE OF SERVICE

I, LESLIE FOSTER, spn. 00994213, Relator certify that he has sent a true copy of these documents Writ OF MANDAMUS to Respondents, Devon Anderson, District Attorney, 1201 Franklin, Suite 600, Houston, Texas 77002-1923 and to the Hon. Clerk of 1st Courts of Appeals, 301 Fannin St., Houston TX, 77002 this 3rd day of August, 2015 A.D.

Respectfully Sub,

Alias
Jessie Miller ←

Leslie Foster
Leslie Foster
spn. 00994213
1200 Baker St.
Houston, Tx, 77002

Attached: motion For Leave TO
File Mandamus
Writ of Mandamus
STATE'S ANSWER AS EXIBIT-A

Four of Four End.

Exhibit-A

Cause No. 1465862-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 228th DISTRICT COURT |
| | § | OF |
| LESLIE FOSTER,<br>Applicant | § | HARRIS COUNTY, T E X A S |

## STATE'S ORIGINAL ANSWER

The State of Texas, through its Assistant District Attorney for Harris County, files this, its original answer in the above-captioned cause, having been served with an application for writ of habeas corpus pursuant to TEX. CRIM. PROC. CODE ANN. art. 11.07 § 3 (West 2013), and would show the following:

## I.

The applicant is charged pursuant to the complaint of the 228th District Court of Harris County, Texas, in cause number 1465862 (the primary case), where on April 24, 2015, the applicant was charged for the felony offense of theft.

The applicant filed the instant application for writ of habeas corpus, cause number 1465862-A, on June 23, 2015.

## II.

The State denies the factual allegations made in the instant application, except those supported by official court records, and offers the following additional reply:

The applicant fails to invoke the proper jurisdiction of Article 11.07 for the instant application. Article 11.07 establishes procedures for challenging final felony convictions (other than where the death penalty is imposed) by writ of habeas corpus. TEX. CRIM. PROC. CODE art. 11.07, § 3 (West 2013). In the primary case the applicant has been charged for the felony offense of theft, but has not been convicted. Since the applicant has not received a final felony conviction in the primary case, the applicant cannot invoke the jurisdiction of Article 11.07.

Accordingly, the instant habeas application, cause number 1465862-A, should be dismissed.

## III.

The applicant raises questions of law and fact, which can be resolved by the Court of Criminal Appeals upon review of official court records and without need for an evidentiary hearing.

2

## IV.

Service has been accomplished by sending a copy of the State's Original Answer and the State's Proposed Findings of Fact, Conclusions of Law and Order to the following address:

> Leslie Foster
> SPN #00994213 – Harris County Jail
> 1200 Baker Street
> Houston, Texas 77002

SIGNED this 16th day of July, 2015.

Respectfully submitted,

Baldwin Chin
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657
Texas Bar I.D. #00783823

Prepared by:
Joshua Vincent – Intern

3

## <u>Certificate of Compliance as Required by Tex. R. App. 73.1(f)</u>

The State of Texas, through its Assistant District Attorney for Harris County, files this, its Certificate of Compliance in the above-captioned cause, having been served with an application for writ of habeas corpus pursuant to Tex. Crim. Proc. Code art. 11.07 § 3. The State certifies that the number of words in the State's Answer is <u>438.</u>

Cause No. 1465862-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 228th DISTRICT COURT |
| | § | OF |
| LESLIE FOSTER,<br>Applicant | § | HARRIS COUNTY, T E X A S |

## STATE'S PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

The Court has considered the application for writ of habeas corpus, the State's answer, and official court records in the above-captioned cause. The Court finds that there are no controverted, previously unresolved facts material to the legality of the applicant's confinement which require an evidentiary hearing and recommends that the instant habeas application, cause number 1465862-A, be dismissed because the applicant has not received a final felony conviction in the primary case, and therefore cannot invoke the proper jurisdiction of Article 11.07.

THE CLERK IS **ORDERED** to prepare a transcript of all papers in cause number 1465862-A and transmit same to the Court of Criminal Appeals as provided by TEX. CRIM. PROC. CODE ANN. art. 11.07 (West 2013). The transcript shall include certified copies of the following documents:

1. The application for writ of habeas corpus;

2. The State's answer;

3. The Court's order;

4. The complaint and docket sheets in cause number 1465862;

5. The Court's Findings of Fact and Conclusions of Law; and

6. The State's and Applicant's Proposed Findings of Fact and Conclusions of Law (if any).

THE CLERK is further ORDERED to send a copy of this order to the applicant Leslie Foster, SPN #00994213 – Harris County Jail, 1200 Baker Street, Houston, Texas 77002; and to counsel for the State, Baldwin Chin, 1201 Franklin, Suite 600, Houston, Texas 77002.

**By the following signature, the Court adopts the State's Proposed Findings of Fact, Conclusions of Law and Order in Cause No. 1465862-A.**

Signed on this _____ day of _____, 2015.

_____
JUDGE PRESIDING, 228th DISTRICT COURT
HARRIS COUNTY, TEXAS

Cause No. 1465862-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 228th DISTRICT COURT |
| | § | OF |
| LESLIE FOSTER,<br>Applicant | § | HARRIS COUNTY, T E X A S |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that I have served a copy of the *State's Proposed Findings of Fact, Conclusions of Law, and Order* in cause number 1465862-A to the applicant on July 16, 2015, by mail as follows:

Leslie Foster
SPN #00994213 – Harris County Jail
1200 Baker Street
Houston, Texas  77002

Baldwin Chin
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-6657
(713) 755-5240
Texas Bar I.D. #00783823

Prepared by:
Joshua Vincent – Intern

3

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Sessie Miller Jr.

SPN: 00994213     Cell: 3A113

Street: 1300 Baker St

Houston, Texas 77002

# INDIGENT

N. HOUSTON
TX 773
05 AUG '15
PM 5 L

HCSO

ZIP 77002
02 1W
000 1374179 AUG. 05 2015

U.S. POSTAGE
$ 000.92⁵

7700220£699

Clerk of Court
First Court of Appeals
301 Fannin St.
Houston TX
77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 07 2015

CHRISTOPHEr A. PRiNE
CLERK